**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Edward Ahearn aka Brian Ahearn aka Brian E. Ahearn | CHAPTER 13 |
| Debtor(s) | BKY. NO. 15-17820 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
03 Dec 2020, 16:25:51, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322